ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| EURO TYRES CORPORATION, et al., | ) | CASE NO. 5:08CV2953 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| SK MACHINERY, CORP., | ) | |
| | ) | |
| Defendant. | ) | |

On January 4, 2010, the Court granted plaintiffs' Motion for Summary Judgment. *See* Memorandum of Opinion (Doc. 64).

On January 28, 2010, the Court granted plaintiffs' Motion for an Award of Prejudgment Interest and Costs. *See* Memorandum of Opinion (Doc. 72).

It is Ordered and Adjudged that plaintiffs Euro Tyres Corporation and Euro Tyres Manufacturing S.R.L. recover of defendant SK Machinery, Corp. the following: (1) Two Hundred Fifty Thousand Dollars ($250,000); plus (2) prejudgment interest thereon, at the rate described in Ohio Revised Code §§ 1343.03 and 5703.47 from June 27, 2008, to the date hereof; plus (3) postjudgment interest at the federal statutory interest rate on the entire amount (including the prejudgment interest); and, (4) its costs of Four Thousand Six Hundred Fifty-seven and 51/100 Dollars ($4,657.51).

It is Further Ordered and Adjudged that this Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

| | |
|---|---|
| February 12, 2010 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |